UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE LEWIS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. 24-cv-04096-SI<br><br>**ORDER RE JULY 9, 2024 HEARING** |

On July 8, 2024, plaintiffs filed an ex parte application for a temporary restraining order to halt eviction of residents at Toll Plaza Beach on July 9, 2024. Dkt. No. 1. The Court held a hearing at which all parties were present on July 9, 2024. As stated at the hearing, the Court hereby orders the following.

1. Prior to Thursday, July 11, 2024 at 9am, the City of Oakland is ordered to halt all removal of vehicles, RVs, or other structures the plaintiffs live in and to not disturb all property the plaintiffs contend to be theirs. The City may remove abandoned vehicles and trash.

2. Prior to Thursday, July 11, 2024 at 9am, plaintiffs are ordered to talk with Operation Dignity representatives. Plaintiffs shall fully disclose all their disabilities and related issues. Operation Dignity must determine what the best available shelter options for plaintiffs are and make the necessary arrangements for plaintiffs to be provided with shelter upon their removal from Toll Plaza Beach.

3. The parties shall submit a joint status report by Wednesday, July 10, 2024 at 5pm. The status report must describe what the current shelter situation is for each named plaintiff.

1       **IT IS SO ORDERED**.

2    Dated: July 9, 2024

3    _____

4    SUSAN ILLSTON
     United States District Judge