UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE LEWIS, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 24-cv-04096-SI

**ORDER GRANTING TEMPORARY RESTRAINING ORDER THROUGH JULY 18, 2024 AT 5PM; SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' REQUEST FOR A PRELIMINARY INJUNCTION**

Re: Dkt. No. 1

On July 9, 2024, the Court held a hearing on plaintiffs' ex parte application for a temporary restraining order to halt eviction of residents at Toll Plaza Beach. The Court ordered the City of Oakland to halt removal of structures and property through Thursday, July 11, 2024 at 9am, ordered plaintiffs to speak with Operation Dignity representatives, and ordered the parties to submit a joint status report by July 10, 2024 at 5pm. The Court received a status report and supporting declarations from plaintiffs at or before 5:11pm.[1] At 6:07pm the Court received a status report from the City. The information provided by plaintiffs and the City is difficult to reconcile.

Having reviewed all submitted briefing and declarations and for good cause shown, the Court hereby GRANTS plaintiffs' request for a temporary restraining order **through July 18, 2024 at 5PM.** Until then, the City of Oakland is ordered to halt all removal of vehicles, RVs, or other structures the plaintiffs live in and to not disturb all property the plaintiffs contend to be theirs. The

---

[1] Among other things, plaintiffs submitted a declaration from Megan Brizzola, a registered nurse in Marin County. She attaches to her declaration a heat advisory issued by the National Weather Service, stating that a heat advisory (for temperatures in the upper 80's to around 100 degrees) is in effect through at least Friday, July 12, 2024 at 8:00 p.m. See Dkt. 16, ECF page 8.

1  City may remove abandoned vehicles and trash.

2  The Court further sets a briefing schedule for plaintiffs' request for a preliminary injunction.
3  The City is ordered to respond to plaintiffs' ex-parte application for a preliminary injunction by **July
4  12, 2024**.[2]  Plaintiffs are ordered to file their reply by **July 15, 2024 at noon**.  The Court will hold
5  a hearing on this motion via Zoom on **July 16, 2024 at 10am**.

7  **IT IS SO ORDERED**.

8  Dated: July 10, 2024

    _____
    SUSAN ILLSTON
    United States District Judge

---

[2] Plaintiffs filed an ex-parte application for a temporary restraining order and preliminary injunction.  Although the Court is granting plaintiffs' request for a temporary restraining order for a limited time, the Court sets this schedule to ensure it receives adequate briefing and documentation to rule on the request for a preliminary injunction.

2